1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   CALIFORNIA PROLIFE COUNCIL
     POLITICAL ACTION COMMITTEE,
12
              Plaintiff,
13
                    v.                          CIV. NO. S-96-1965 LKK/DAD
14
     JAN SCULLY, et al.,
15
              Defendants.
16   _____/
     LARRY LEVINE; TOM KAPTAIN;
17   SCOTT HART; and CALIFORNIA
     REPUBLICAN ASSEMBLY,
18
              Plaintiffs,
19
                    v.                          CIV. NO. S-02-0199 LKK/DAD
20
     FAIR POLITICAL PRACTICES
21   COMMISSION,

22            Defendant.
     _____/
23

24   ////

25   ////

26   ////

1  LANDSLIDE COMMUNICATIONS,
   INC. and JAMES V. LACY,
2  IN HIS CAPACITY AS PRESIDENT
   OF LANDSLIDE COMMUNICATIONS,
3  INC.,

4          Plaintiffs,

5          v.                              CIV. NO. S-13-0716 GEB/KJN

6  STATE OF CALIFORNIA; FAIR
   POLITICAL PRACTICES
7  COMMISSION OF THE STATE OF
   CALIFORNIA,
8                                          NON-RELATED CASE ORDER
           Defendants.
9  _____/

10      The court is in receipt of the Notice of Related Cases

11 concerning the above-captioned cases filed April 15, 2013.  After

12 consideration, the court has determined that it is inappropriate

13 to relate or reassign the cases, and therefore declines to do so.

14 This order is issued for informational purposes only, and shall

15 have no effect on the status of the cases, including any previous

16 Related (or Non-Related) Case Order of this court.

17      IT IS SO ORDERED.

18      DATED:  May 24, 2013.

19

20

21 _____
   LAWRENCE K. KARLTON
22 SENIOR JUDGE
   UNITED STATES DISTRICT COURT

23

24

25

26

                                2